39 So.2d 926

**MUTUAL BENEFIT HEALTH & ACCI-
DENT ASSOCIATION v. Joe JOHNS.**

**7 Div. 978.**

Court of Appeals of Alabama.
Feb. 22, 1949.

Dismissed March 16, 1949.

Jackson, Rives & Pettus and Herbert W. Peterson, all of Birmingham, for appellant.

Hawkins & Copeland, of Gadsden, for appellee.

CARR, Judge.

Judgment of reversal set aside and appeal dismissed by agreement of the parties.

39 So.2d 59

**Marvin MYRICK et al. v. Dennis INGRAM.**

**7 Div. 968.**

Court of Appeals of Alabama.
Jan. 13, 1949.

PER CURIAM.

Appeal dismissed, want of prosecution.

38 So.2d 202

**Lewis NEWSOME v. STATE.**

**6 Div. 699.**

Court of Appeals of Alabama.
Dec. 14, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

39 So.2d 59

**Clyde OLIVE, alias No Head v. STATE.**

**8 Div. 665.**

Court of Appeals of Alabama.
Dec. 21, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

38 So.2d 202

**Herbert OSBY, alias Sammy Luice v. STATE.**

**6 Div. 619.**

Court of Appeals of Alabama.
Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

38 So.2d 203

**Mattie Mae PARHAM v. STATE.**

**6 Div. 666.**

Court of Appeals of Alabama.
Dec. 14, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.